IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, | * * * |
| Plaintiff | * |
| v. | * Case No. 1:10-cv-1271-BEL |
| STEPHEN S. PHIPPS, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF COUNSEL FOR PLAINTIFF**

Pursuant to Rule 101.2 of the Local Rules of the United States District Court for the District of Maryland, Robert E. Frazier, Daniel J. Pesachowitz, John E. Driscoll, and Samuel I. White, P.C. file this Motion for Leave to Withdraw Appearance of Counsel for Plaintiff, and state as follows.

1. Rule 101.2 of the Local Rules of this Court provides that "[i]n the case of any party other than an individual, . . . appearance of counsel may be withdrawn only with leave of Court and if . . . appearance of other counsel has been entered[.]"

2. This action was filed on behalf of the Plaintiff by and through its undersigned attorneys, Robert E. Frazier, Daniel J. Pesachowitz, John E. Driscoll, and Samuel I. White, P.C.

3. On July 26, 2010, Ira L. Oring, M. Elizabeth Nowinski and Fedder and Garten Professional Association appeared on behalf of the Plaintiff in this action by filing a Stipulation of Extension of Time for Plaintiff to File Response to United States' Motion to Dismiss. Ira L. Oring, M. Elizabeth Nowinski and Fedder and Garten Professional Association filed the

Plaintiff's Opposition to the United States' Motion to Dismiss on August 16, 2010, and filed a Line entering their appearance as counsel for Plaintiff on August 25, 2010.

4. Robert E. Frazier, Daniel J. Pesachowitz, John E. Driscoll, and Samuel I. White, P.C. wish to withdraw their appearance as counsel for the Plaintiff in this action. Ira L. Oring, M. Elizabeth Nowinski and Fedder and Garten Professional Association will continue as counsel for the Plaintiff.

5. Based on the foregoing, Robert E. Frazier, Daniel J. Pesachowitz, John E. Driscoll, and Samuel I. White, P.C. respectfully submit that they are entitled to an order granting them leave to withdraw their appearance as counsel for the Plaintiff in this action, and withdrawing their appearance as counsel for the Plaintiff in this action.

WHEREFORE, Robert E. Frazier, Daniel J. Pesachowitz, John E. Driscoll, and Samuel I. White, P.C. respectfully request that this Court issue an order granting them leave to withdraw their appearance as counsel for the Plaintiff in this action, and withdrawing their appearance as counsel for the Plaintiff in this action.

/s/ Daniel J. Pesachowitz
Robert E. Frazier (No. 00733)
 rfrazier@siwpc.com
Daniel J. Pesachowitz (No. 14930)
 dpesacho@siwpc.com
John E. Driscoll (No. 17161)
 jdriscoll@siwpc.com
Samuel I. White, P.C.
913 King Street
Alexandria, Virginia 22314
Telephone: (703) 739-1070

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2010, a copy of the foregoing Motion for Leave to Withdraw Appearance of Counsel for Plaintiff was filed electronically in the United

2

States District Court for the District of Maryland, and that all persons entitled to service of said Memorandum were served as a result of the aforesaid electronic filing.

*/s/ Daniel J. Pesachowitz*
Robert E. Frazier (No. 00733)
 rfrazier@siwpc.com
Daniel J. Pesachowitz (No. 14930)
 dpesacho@siwpc.com
John E. Driscoll (No. 17161)
 jdriscoll@siwpc.com
Samuel I. White, P.C.
913 King Street
Alexandria, Virginia 22314
Telephone: (703) 739-1070