UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| **THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION,** | * | |
| | * | |
| Plaintiff | * | |
| | | Case No. 1:10-cv-1271-BEL |
| v. | * | |
| **STEPHEN S. PHIPPS, et al.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

The Bank of New York Mellon Trust Company, National Association, by its attorneys, Ira L. Oring, M. Elizabeth Nowinski, and Fedder and Garten Professional Association, hereby notes an appeal of this Court's April 1, 2011 Order granting the United States' Motion to Dismiss filed in the above-captioned action.

                                          */s/ M. Elizabeth Nowinski*
                                          Ira L. Oring (No. 00733)
                                          ioring@fedgar.com
                                          M. Elizabeth Nowinski (No. 27499)
                                          bnowinski@fedgar.com
                                          Fedder and Garten Professional Association
                                          36 South Charles Street, Suite 2300
                                          Baltimore, Maryland 21201
                                          (410) 539-2800
                                          Attorneys for The Bank of New York
                                           Mellon Trust Company, National Association

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2011, a copy of the foregoing Notice of Appeal was filed electronically in the United States District Court for the District of Maryland, and that all persons entitled to service of said Notice of Appeal were served as a result of the aforesaid electronic filing.

>
> */s/ M. Elizabeth Nowinski*
> Ira L. Oring (No. 00733)
> ioring@fedgar.com
> M. Elizabeth Nowinski (No. 27499)
> bnowinski@fedgar.com
> Fedder and Garten Professional Association
> 36 South Charles Street, Suite 2300
> Baltimore, Maryland  21201
> Telephone: (410) 539-2800
> Attorneys for The Bank of New York
>  Mellon Trust Company, National Association